UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-00685 |
|---|---|---|---|

| Citterece McGregor, as personal representative and administrator of Kristopher McGregor, deceased, and on her own behalf |
|---|
| *versus* |
| Harris County, Texas; Ed Gonzalez, in his individual and official capacities; and Dr. Naomi Lockett, in her individual and official capacities |

| | |
|---|---|
| Lawyer's Name | Stephen H. Weil |
| Firm | Romanucci and Blandin, LLC |
| Street | 321 N. Clark St., Suite 900 |
| City & Zip Code | Chicago, IL 60654 |
| Telephone & Email | Tel: (312) 458-1000 sweil@rblaw.net |
| Licensed: State & Number | Illinois - 6291026 |
| Federal Bar & Number | Northern District of Illinois |

| Name of party applicant seeks to appear for: | Citterece McGregor, as personal representative and administrator of Kristopher McGregor, deceased, and on her own behalf |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes __   __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/29/2026 | Signed: /s/ Stephen H. Weil |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 2/2/26    Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: 2/2/2026

United States District Judge