UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Arthur E. Baldwin, | § | |
|     Plaintiff, | § | |
| | § | CASE NO. 4:25-cv-02717 |
| v. | § | |
| | § | |
| Harvest Associates, Inc.; and American | § | |
| Contractors Indemnity Company d/b/a Texas | § | |
| Bonding Company, | § | |
|     Defendants. | § | |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __1-2_ Days            Jury: _X___ Non-Jury:_____

1. (a) **NEW PARTIES** shall be joined by:     February 27, 2026
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT TO PLEADINGS**
   by Plaintiff or Counter-Plaintiff shall be filed by:     February 27, 2026

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:     July 20, 2026

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:     August 20, 2026

4. DISCOVERY must be completed by:     October 16, 2026
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.     (Due at least two weeks before motions deadline)

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:     November 16, 2026
       (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*      February 8, 2027
(The Court will fill in this date)     (Due the Monday before trial)

    February 16, 2027

7. TRIAL will begin at 9:00 a.m.     (15 Months from the date case filed)
(The Court sets a firm trial date)

| | |
|---|---|
| February 2, 2026 | /s/ Keith P. Ellison |
| Date | Keith P. Ellison |
| | United States District Judge |
| January 30, 2026 | /s/ Joshua Lane |
| Date | Counsel for Plaintiff(s) |
| January 30, 2026 | /s/ Gregory M. Weinstein |
| Date | Counsel for Defendant |