UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:26-cv-00685 |
|---|---|---|---|

Citterece McGregor, as personal representative and administrator of Kristopher McGregor, deceased, and on her own behalf

*versus*

Harris County, Texas; Ed Gonzalez, in his individual and official capacities; and Dr. Naomi Lockett, in her individual and official capacities

| | |
|---|---|
| Lawyer's Name | Colton Johnson Taylor |
| Firm | Romanucci and Blandin, LLC |
| Street | 321 N. Clark St. |
| City & Zip Code | Chicago, IL 60654 |
| Telephone & Email | Tel: (312) 458-1000 cjohnson@rblaw.net |
| Licensed: State & Number | IL 6349356 |
| Federal Bar & Number | Northern District of Illinois |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Citterece McGregor, as personal representative and administrator of Kristopher McGregor, deceased, and on her own behalf |

Has applicant been sanctioned by any bar association or court?　Yes ___　　No ___ ✔ ___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/3/2026 | Signed: s/ Colton M. Johnson Taylor |
|---|---|

| | |
|---|---|
| The state bar reports that the applicant's status is: | Active |
| Dated: 2/18/26 | Clerk's signature |

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: 2/18/2026

_____
United States District Judge