**Exhibit A**

**Department of Justice Letter**

**U.S. Department of Justice**

Civil Rights Division

SHR:JCP:WGM:kc
168-74-37

*Special Litigation Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

June 7, 2019

<u>Via Email and First Class Mail</u>

Mr. John Odam, Esq.
Managing Attorney, Protective Services
1019 Congress, 15th Floor
Houston, TX  77002

Ms. Lisa Hulsey, Esq.
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, TX  77002

      Re:    <u>Harris County Jail</u>

Dear Mr. Odam and Ms. Hulsey:

We write to inform you and your clients that we are closing the Department of Justice's investigation of conditions in the Harris County Jail ("HCJ"), which was conducted pursuant to the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997.

In making this decision, we have considered the County's past and ongoing remedial efforts. Over the course of our investigation, the County substantially increased staffing, including mental health and investigatory staff; made physical plant renovations to permit privacy during medical and mental health evaluations; significantly improved its chronic care, treatment planning, suicide prevention, and quality assurance programs; upgraded its medical records and information management systems; and revised its use of force policies and practices.

We also have considered HCJ's assessments of three recent suicides and its corrective action plans. We are also aware that HCJ has created a diversion program to keep persons with mental illness out of the jail and implemented reforms to keep prisoners with mental illness out of isolation. HCJ also has initiated a pilot program offering prisoners free suicide counseling with the regional mental health center.

After years of hard work involving the administrations of three Sheriffs, we are confident that with the systems now in place and the supervision of the current command staff, HCJ is able to address appropriately the areas covered by our investigation.

If you have any questions, please do not hesitate to contact William G. Maddox, the Special Litigation Section attorney assigned to this matter, at (202) 514-6251.

Sincerely,

Steven H. Rosenbaum
Chief
Special Litigation Section

2