# Exhibit B

# Harris County Jail Certificates of Compliance



Case 4:26-cv-00685   Document 22-2   Filed 03/10/26 in TXSD   Page 2 of 3

# CERTIFICATE OF COMPLIANCE

### This is to certify that the

## HARRIS COUNTY JAIL

### Has been duly inspected on
### December 30, 2024
### and has been found that date to be in compliance with
### Texas Minimum Jail Standards

Under Authority of Government Code,
Chapter 511, Texas Commission  On Jail Standards

**Brandon S. Wood, Executive Director**



# CERTIFICATE OF COMPLIANCE

This is to certify that the

## HARRIS COUNTY JAIL

Has been duly inspected on

**August 12-15, 2024**

and has been found that date to be in compliance with

**Texas Minimum Jail Standards**

Under Authority of Government Code,
Chapter 511, Texas Commission On Jail Standards

**Brandon S. Wood, Executive Director**