**Exhibit C**

**Placeholder for Kristopher McGregor's Sealed Medical Records**