**Exhibit D**

**Placeholder for Kristopher McGregor's Sealed Autopsy Report**