# Exhibit E

# Texas Commission on Jail Standards Notice of Non-Compliance and Response

# HARRIS COUNTY HCSO SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

January 28, 2025

Texas Commission on Jail Standards
Attn: Wendy Wisneski
PO Box 12985
Austin, Texas 78711

Inspector Wisneski:

During our investigation of the Death In Custody Case #2412-03009 that occurred on December 9, 2024, we identified that involved staff failed to conduct the face-to-face observation as required.

Inmate observation rounds are covered in our Standard Operating Procedures # 220 Inmate Observation.

Our staff receive training on how to conduct inmate observation rounds as follows:

- County Corrections Officers training (Jail School)
- Offender Management System (OMS) training
- The Field Training Program
- Video training with specific instructions on how to conduct Inmate Observation located on the Harris County Sheriff's Office Intranet

Since this incident, involved staff have been shown the video of how they failed to conduct the inmate observation rounds correctly and have been provided additional instruction on the correct way to conduct inmate observation rounds.

The attached roll call has been distributed to all staff at the 701 jail facility.

The administration is confident that staff receive sufficient training on the correct way to conduct inmate observation rounds and that this is not a systemic issue. It is our belief that these officers acted contrary to our policy and to the training they have received. This incident is currently under administrative investigation to determine corrective / disciplinary action to be issued to those involved.

Should you need any other information on the incident or complete action to prevent issue in the future please let us know.

Sincerely,

Phillip Bosquez, Assistant Chief
Detention Operations Command
Harris County Sheriff's Office

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."

January 9, 2025
Interviews and Video Reviews
of Detention Officers Actions
Regarding DIC on 12/9/2024

Pursuant to orders four Detention Officers were identified who were on duty during the D Team late watch on the shift from 06:00 pm on 12/8/24 to 06:00 am of 12/9/24 and assigned to 701 - 6B pod including 6B2-W lockdown cell where the death in custody occurred. The four Detention Officers were:

1. Gutierrez, Omar (EIN ▇▇▇▇▇)
2. Liburd, Dillan (EIN ▇▇▇▇▇)
3. Nguyen, Johnathan (EIN ▇▇▇▇▇)
4. Perez, Jimmy (EIN ▇▇▇▇▇)

Each Detention Officer was interviewed for approximately 30 minutes. We sat down with each officer and reviewed every corretrak round they conducted during the shift.

Utilizing the playback video system camera 6B2-2 Day Room C6101 (576) provided direct viewing of 6B2 cell W where the death in custody occurred.

While reviewing the video footage with them doing rounds their actions were discussed pointing out the steps of LASO in each situation. LASO means Look, Asses, Scan, and Observe. These Detention Officers all were doing the corretrak rounds not in accordance with the training bulletins. All but one Detention Officer passed by numerous cells without looking inside just going to the bar codes and scanning.

One Detention Officer who was a newer employee, Detention Officer Omar Gutierrez (EIN 162351), was looking inside each window as policy directs and then scanning the corretrak bar code.

Each of these four Detention Officers was presented with the LASO 701 Detention Bureau Training Bulletin and together we reviewed the Inmate Observation Rounds (Corretrak) requirements. This included the Never Scan the QR code until you physically LOOK, ASSESS and ADDRESS requirements. Cell conditions were discussed in detail. Inmates conditions were discussed including ascertaining the inmate is well. The inmates attitudes, and temperament being verified by visually observing each inmate. Each of these officers were reminded they signed the roll call attesting they understood the contents as required.

The single cell cameras number 24 – one for each cell in 6B2. There are also 6 day room cameras. The Detention Officers were asked about the camera display inside the PCC. They said they set the cameras on automatic rotation

mode so the camera inside each cell was displayed for approximately two minutes. Upon questioning the value of the cell cameras, their view was that it would require direct observation and in person to make a determination of an inmates condition was determined with high confidence.

This report was prepared by:

Lt. R. Cole
Lt. A. Gleason



**HARRIS COUNTY SHERIFF'S OFFICE**

# 701 Detention Bureau Training Bulletin

## SIGNED ROLL CALL REQUIRED

**Topic:**

### Inmate Observation Rounds (CorreTrak)

| Bulletin Number: | Date: | Due Date: |
|---|---|---|
| 2024-12-01 | December 10, 2024 | December 31, 2024 |

The purpose of a CorreTrak round is to **LOOK** at every inmate and make sure they are alive and well, **ASSESS** the conditions of every cell and **ADDRESS** any inmate or cell concerns or issues observed. After you **LOOK, ASSESS** and **ADDRESS** then **SCAN** the designated QR code. **NEVER** SCAN the QR code until you physically **LOOK, ASSESS** and **ADDRESS**.

### LOOK

**LOOK** inside the cell. **LOOK** at every inmate. **LOOK** at the cell's condition. Scanning a QR code without **LOOK**ing into a cell is **NOT** conducting a round.

### ASSESS / ADDRESS

**ASSESS** what you see when you **LOOK** into the cell. **ADDRESS** any issues with inmates or the conditions of the cell. Scanning a QR code without **ASSESS**ing and **ADDRESS**ing inmate and cell conditions is **NOT** a conducting a round. *If an inmate is experiencing a medical emergency, summon help via the intercom and immediately begin rendering aid to the inmate until medical staff arrive.*

#### Cell Conditions
**ASSESS**
- the cell for safety hazards.
- for unsafe and unclean conditions.
- for stacked trays or overflowing trash.
- for tripping hazards.
- to see if the aisles are clear.
- to ensure there are no clotheslines or blind spots.
- to ensure all lights, toilets, showers, telephones, etc., are mechanically sound and in good working order.

#### Inmates
**ASSESS**
- the inmates' attitudes and temperament by visually observing each inmate.
- the physical, mental, and emotional condition of each inmate to detect signs of distress or need for medical, psychological, or other special services.
- to ensure inmates are not being subjected to harassment, intimidation, abuse, threats, or assaults by other inmates.
- to ensure all inmates have proper bedding, clothing, a functional armband, and a bunk.

Scanning a QR code without **ASSESS**ing and **ADDRESS**ing inmate and cell conditions is **NOT** conducting a round. *If an inmate is experiencing a medical emergency, summon help via the intercom and immediately begin rendering aid to the inmate until medical staff arrive.*

### SCAN

Once you have **LOOK**ed, **ASSESS**ed and **ADDRESS**ed inmate and cell conditions then **SCAN** the designated QR code.

When you **SCAN** the QR code you are confirming that you **LOOK**ed, and **ASSESS**ed every inmate and every cell and every inmate is alive and well and the conditions of the cell comply with Harris County Sheriff's Office policy and the Texas Commission on Jail Standards Rules.

### ACT

If you observed any issues when you **LOOK**ed and **ASSESS**ed that you were unable to immediately **ADDRESS** then immediately **ACT** and address those concerns after **SCAN**ning the QR code.

**Suggested Review:**
Harris County Sheriff's Office CJC SOP 200, 220 Inmate Observation  -  Texas Commission on Jail Standards Rule 275.1 Regular Observation by Jailers

**Approved:**

**Major Ruth McClanahan**          12·10·2024



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds(CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team A |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Roberson | Dominque | ███ | 12/13/2024 | |
| Rouse | James | ███ | 12/25/24 | |
| Mauro | Robert | ███ | 12/13/2024 | |
| Venegas | Manuela | ███ | 12/13/2024 | |
| Watson | Tammy | ███ | 12/13/2024 | D. Watson |
| Jefferson | Lori | ███ | 12/15/24 | |
| Rivera | Eli | ███ | 12/13/2024 | |
| Chapa | Alex | ███ | 12/13/2024 | Alex Cha |
| Amie | Cassandra | ███ | 12/13/2024 | C. Amie |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**HARRIS COUNTY**
**HCSO**
**SHERIFF'S OFFICE**

# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

## Roll Call Acknowledement for: Inmate Observation Rounds (Corretrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team A |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Admas | Kenda | ▉ | 12/13/24 | *Kenda Adm* |
| Addison | Bryce | ▉ | 12/13/24 | |
| Adeniyi | Oluwasegun | ▉ | 12/13/24 | |
| Arredondo | Yolanda | ▉ | 12/13/24 | *Yolanda Arredondo* |
| Crockett | Jherarrd | ▉ | 12/13/24 | *Jherarrd Crockett* |
| Egbe | Anthony | ▉ | 12/13/24 | |
| Eggins | Erik | ▉ | 12/13/24 | |
| Emiola | Fausat | ▉ | 12/13/24 | |
| Gwe | Glory | ▉ | 12/13/24 | |
| Fontenot | Marquita | ▉ | 12/13/24 | *Marquita* |
| Fox | Eden | ▉ | 12/13/24 | *Eden Fox* |
| Frazier | Johnathan | ▉ | 12/13/24 | *J Frazier* |
| Fusilier | Labreia | ▉ | 12/13/24 | *LFusilier* |
| Garcia | Xavier | ▉ | 12/13/24 | *X Garcia* |
| Hernadez | Angel | ▉ | 12/13/24 | |
| Kesler | Joshua | ▉ | 12/13/24 | |
| Miller | Theresa | 133668 | | *T Miller* |
| Perez | Jessica | ▉ | 12-13-24 | *Jessica Perez* |
| Williams | Valerie | ▉ | 12-13-24 | *Williams* |
| Turner | John | ▉ | 12-18-24 | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds (CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team A |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Acevedo | Jaime | | 12/13/24 | J. Ac— |
| Adebayo | Olaide | | 12/13/24 | Adebayo |
| Armstead | Demarcus | | 12/13/24 | D |
| Arnold | Kassandra | | | OUT indefinately |
| Carnegie | Andre | | 12/13/24 | |
| Delinois | Saudly | | 12/13/24 | |
| Garcia | Karina | | 12/13/24 | |
| Green | Terrence | | 12/13/24 | |
| Guillory | Danica | | 12-13-34 | Danica Guilly |
| Gutierrez | Ruth | | 12/13/24 | Ruth |
| Johnson | Jason | | 12/13/24 | Jason Johnson |
| Jones | Hart | | 12/13/24 | Hart Jones |
| Maxwell | Chinuru | | 12/13/24 | C. Maxwell |
| Owen | David | | 12-13-24 | |
| Sanders | JonTerra | | 12-13-24 | |
| San Miguel | Rene | | 12-13-24 | R. |
| Williams | Aaron | | 12/13/24 | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



## HARRIS COUNTY SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds

| Month | Year | Location 4TH FL | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team A |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| ADEKUNLE | ADEDOYIN | ▉ | 12/15/24 | Ade |
| ADJARHO | ROLAND | ▉ | 12/13/24 | Roland |
| BRIMA | JENNEH | ▉ | 12/13/24 | Brima |
| CAMPBELL | JARRED | ▉ | 12/13/24 | |
| CANTU-GARZA | CHRISTIAN | ▉ | 12/13/24 | Cant |
| DEAN JR | OSCAR | ▉ | 12/13/24 | |
| EDWARDS | MICHAEL | ▉ | 12/13/24 | |
| EMEKA | ELIZABETH | ▉ | 12/13/24 | |
| GRIMBLE | CAROLYN | ▉ | 12/13/24 | C. Armln |
| GUZMAN | DAVID | ▉ | 12/13/24 | David Guzman |
| HAYES | BRUCE | ▉ | 12/13 | B |
| HERNANDEZ | JOSE | ▉ | 12/13/24 | Jose H |
| IVEY | TAMIKA | ▉ | 12-13-24 | |
| JONES | NICHOLOUS | ▉ | 12/15/24 | |
| | | ▉ | | |
| LAKE | CHEYENNE | ▉ | 12/13 | |
| OLIVARES | ANNALISA | ▉ | 12/13/24 | A Olaro |
| OZUNA | STEVEN | ▉ | 12/13/24 | Steven Ozuna |
| RAMDOO | DERRICKA | ▉ | 12/13/24 | |
| SMITH | SAUNDRA | ▉ | 12/13/24 | Saundra Smith |
| WATSON | TAMMY | ▉ | 12/13/2024 | T. Watson |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**HARRIS COUNTY**
**HCSO**
**SHERIFF'S OFFICE**

# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: **Inmate Observations Rounds (Corre Trak)**

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team A |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Aboyade | Olawumi | ▉ | 12/13/24 | |
| Adeniran | Victoria | ▉ | 12/13/24 | |
| Adesina | Michael | ▉ | 12/13/24 | |
| Arenas | Luis | ▉ | 12/13/24 | |
| Arriola | Joel | ▉ | 12/13/24 | |
| Hurrington | Freddie | ▉ | 12/13/24 | |
| Khat | Jackson | ▉ | 12/13/24 | |
| McIntyre | Maceo | ▉ | 12/13/24 | |
| Oaks | Melanie | ▉ | 12/13/24 | Melanie Oaks |
| Oboniye | Felix | ▉ | 12/13/24 | |
| Pedersen | Robert | ▉ | 12/13/24 | |
| Pena | Obed | ▉ | 14922 4 | |
| Salinas | Ruben | ▉ | 12/13/24 | Ruben Salinas |
| Tellez Hernandez | David | ▉ | 12/13/24 | David Tellez |
| Cordova | Gino | ▉ | 12/14/24 | |
| Jordan | Felicia | ▉ | 12/23/24 | |
| Jefferson | Lori | ▉ | 12/5/24 | |
| Rivera | Eli | ▉ | 12/13/24 | |
| Agulue | Azubuike | ▉ | 12/13/24 | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY
# HCSO
# SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ
1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: **Inmate Observation Rounds (CorreTrak)**

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team A |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Alceus | Elijah | | 12132024 | |
| Allen | Shederick | | 12/13/24 | |
| Bell | Travis | | 12-13-24 | |
| Benjamin | Sheniqua | | 12/13/24 | |
| Bisiriyu | Olufemi | | 12/13/24 | |
| Buenrostro | Jonatan | | 12/13/24 | |
| Cruise | Ralphael | | 12132024 | Ralph Cruse |
| Diaz | Johnny | | 12132024 | John |
| Garcia | Reagan | | Dec 13 2024 | Rgarcia |
| Garcia | Veronica | | 12/13/24 | Veronica Garcia |
| Gassmann | Rock | | 12/13/24 | |
| Johnson | Aricka | | 12/18/24 | A. Johnson |
| Kanu | Obinna | | 12/13/24 | |
| Novak | Darrell | | 12/13/24 | |
| Shittu | Atinuke | | 12/13/24 | |
| Smith | Annie | | 12/13/24 | |
| Soname | Olalekan | | 12/12/24 | |
| Taylor | Carrington | | 12/13/24 | Carrington Taylor |
| Winfrey | DeMarkus | | 12/13/24 | D.W. |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**HARRIS COUNTY**
**HCSO**
**SHERIFF'S OFFICE**

**SHERIFF ED GONZALEZ**

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds Corretrak

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team B |

| LAST NAME | FIRST NAME | FIN | DATE | SIGNATURE |
|---|---|---|---|---|
| ANDREWS | ANTOINETTE | | 12/22/24 | |
| BAKER | CHRISTOPHER | | 12/22/24 | |
| BROWN | REGINA | | 12/22/24 | |
| CABALLERO | JORDIE | | 12/22-24 | |
| CANNON | SWANEKA | | 12/22/24 | |
| COLEMAN | COCO | | 12/22/24 | |
| EVANS | ERIC | | 12/27/24 | |
| GOMEZ | SLADE | | 12/22/24 | |
| GRANT-CUNNINGHAM | TOWANDA | | 162729 | |
| RAMOS | ADRIAN | | 160351 | |
| MCGARY | CAMDYN | | 12/32/24 | |
| HENRY | KIARA | | 12/22/24 | |
| HOLLACE | TYLER | | 12/22/24 | |
| ASHFORD | DARRYL | | 12/22/24 | |
| SALAZAR | RAYMOND | | 12/27/24 | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY HCSO SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds (Corre Trak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team B |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| AKPAN | INYANG | | 12/12/24 | |
| BRAVO | HECTOR | | 12/12/24 | |
| EVERY | BEVERLY | | 12-12-24 | |
| GARZA | JOSEMARIA | | 12/12/24 | |
| GORDON | DAI'SHAWN | | 12/12/24 | |
| GUZMAN | HANNAH | | 12/12/24 | |
| JOHNSON | DONALYN | | 12/12/24 | |
| LEWIS | MICHAEL | | 12/12 | |
| MOTEN | DESAIJA | | 12/12/24 | |
| PANIAGUA | JAMES | | 12/12/24 | |
| RAMIREZ | ANGELIQUE | | 12/12/24 | |
| SOTO | LUIS | | 12/12/24 | |
| CANNON | JEROTT | | 12/16/24 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY HCSO SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds (CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team B |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Al Jumaily | Yasser | | 12/12/24 | |
| Burrell | Shanetta | | 12/12/24 | |
| Chatman | Javin | | 12/12/24 | |
| Cunningham | Britney | | 12/12/24 | |
| Doss | Aaron | | 12/16/24 | |
| Flores | Janet | | 12/12/24 | |
| Gamble | Micah | | 12/17/24 | |
| Greene | Valeta | | 12/17/24 | |
| Henderson | Heavyn | | 12/12/24 | |
| Jaja | Emmanuel | | 12/12/24 | |
| Jimenez | Martin | | 12/20/24 | |
| LaFrance | Stevenika | | 12/12/24 | |
| McGraw | Patrick | | 12/12/24 | |
| Wilson | Trevon | | 12/16/24 | |
| | | | | |
| Mahan | Sean | | 12/12/24 | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**HARRIS COUNTY HCSO SHERIFF'S OFFICE**

# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

## Roll Call Acknowledement for: Inmate Observation Rounds (Corretrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team B |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Coni | Peter | ▮ | 12/17/24 | |
| Dafeu | Roger | ▮ | 12/17/24 | |
| Foger | Markaila | ▮ | 12/17/24 | |
| Haynes | LaCaurus | ▮ | 12-17-24 | |
| Mabry | Jennifer | ▮ | 12-17-24 | |
| Maldonado | Marc | ▮ | 12/17/24 | |
| Olasupo | Kayode | ▮ | 12/17/24 | |
| Olatunde | Theresa | ▮ | 12/22/24 | |
| Tortorich | Roman | ▮ | 12/20/24 | |
| Venegas | Michael | ▮ | 12/17/24 | |
| Warren | Toby | ▮ | 12/17/24 | |
| DeLaGarza | Carlos | ▮ | 12/17/24 | |
| Harris | Porsha | ▮ | 12/20/24 | |
| Rye | LaShonda | ▮ | 12/17/24 | |
| Mapp | Charmaine | ▮ | 12/17/24 | |
| Papariello | Sarah | ▮ | 12/12/24 | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY HCSO SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds (CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team B |

| LAST NAME | FIRST NAME | FIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Afolabi | Folake | | 12/17/24 | |
| Al Samara | Ahmed | | 12/16/24 | |
| Alva | Michael | | 12/16/24 | |
| Andrade | Efren | | 12/16/24 | |
| Barrientos | Johnathan | | 12/16/24 | |
| Benavides | Joseph | | 12/16/24 | |
| Bob | Bradley | | 12-16-24 | |
| Burt | Viella | | 12.17.24 | |
| Cage | Jaon | | 12-16-24 | |
| Castelano | Marisa | | 12-17-24 | |
| Clark | Avery | | 12-17-24 | |
| Coles | Shakeitha | | 12/16/24 | |
| Curtis | Shelton | | 12/15/24 | |
| Harrison | Keith | | 12/16/24 | |
| Hillard | Armoni | | 12/16/24 | |
| Hinojosa | Efrain | | 12/16/24 | |
| Jones | Destiny | | 12/16/24 | |
| Larson | Melanie | | 12/16/24 | |
| Mann | Ryan | | 12/16/24 | |
| Perez | Jimmy | | 12/16/24 | |
| Vera | Mauricio | | 12/16/24 | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

HARRIS COUNTY HCSO SHERIFF'S OFFICE

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

## Roll Call Acknowledement for: Inmate Observation Rounds

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team B |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Gutierrez | Estefany | ■ | 12/17/24 | *Gutierrez Estefany* |
| Salisbury | Tracy | ■ | 12/17/24 | *(signature)* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY
# HCSO
SHERIFF'S OFFICE

# SHERIFF ED GONZALEZ
1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

## Roll Call Acknowledement for: Inmate Observation Rounds (CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team C |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Akpan | Effiong | | 12/13/24 | |
| Alvarado | Fabian | | | MLOA |
| Arafah | Mohanned | | 12/13/24 | |
| Aslam | Danish | | | Vacation |
| Baker | Christopher | | | → Days |
| Coleman | Joshua S | | 12/20/24 | |
| Crowder | Marquise D | | 12/13/24 | |
| Davis | Cornel | | 12/13/24 | |
| Ebinum | Ikechuku | | 12/13/24 | |
| Flores Jr | Jesse | | 12/15/24 | |
| Garcia | Xavier | | | → Days |
| Gardner | Robert | | 12/13/24 | |
| Hernandez | Samantha | | | → BPOC |
| Jimenez | Joshua E | | 12/13/24 | |
| Lopez | Michael | | 12/13/24 | |
| Lowe | Jeremiah | | 12/13/24 | |
| Murillo | Christopher | | | → BPOC |
| Nnali | Ikechukwu | | 12.13.24 | |
| Ramirez | Luis | | | → PPL |
| Robinson | Christon | | | → BPOC |
| Ymnga | Andre | | 12-16 | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowlededment for: Inmate Observation Rounds (CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team C |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Afolabi | Folake | | | → Days |
| Alvarez-Resendez | Juan | | 12/13/24 | |
| Bogany | Messiah P | | 12/13/14 | |
| Butler | Jorgina | | 12/13/24 | |
| Cadoree | Carol | | 12/13/24 | |
| Edwards | Kimora | | 12/16/24 | |
| Felton | Raquyda | | 12/16/24 | |
| Garza | Moises | | 12/19/24 | |
| Hyde | Christopher | | 12/16/24 | |
| Ipeh | Amaechi P | | 12/13/24 | |
| Lindsay | Patrick | | 13 Dec 24 | P. Lindsay |
| Mays | Robert | | 12-13-24 | R. Mays |
| Osinubi | Olutayo | | 12/13/24 | |
| Ratemo | Vincent | | 12/13/24 | |
| Terry | Robert | | 12-13-24 | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**SHERIFF ED GONZALEZ**

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds (CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team C |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Ashu Eyongmfon | Terence | | 12/15/24 | |
| Asike | Emeka | | 12/14/24 | |
| Azangue | Zephirin | | 12/15/24 | |
| Bonsal | Kirk | | 12/14/24 | K. Bonsal |
| Coleman | Rodney | | 12/14/24 | |
| Folorunso | Adesina | | 12/15/24 | |
| Gaytan | Vicente | | | FMLA |
| Gutierrez | Vincent | | 12/14/24 | |
| Hernandez | Irma | | 12/15/24 | IHernandez |
| Jones | Deandre | | 12/14/24 | Deandre Jones |
| Olguin | Cesareo | | 12/14/24 | |
| Patton | Keyshawn | | 12/19/24 | |
| Rodriguez | Julia | | 12/15/24 | |
| Smallwood | Kenneth | | 12/15/24 | |
| Tran | John | | 12/14/24 | John Tran |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**SHERIFF ED GONZALEZ**

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds (CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team C |

| LAST NAME | FIRST NAME | FIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Billings | Latrice | | 12/19/24 | |
| Blackmon | Sheneisha W | | 12/19/24 | 68856 |
| Campos | Samuel | | 12/19/24 | |
| Cantu-Garza | Julian | | 12/11/24 | |
| Davidson | Cooper | | 12-18 | |
| Falade | Stephen | | | Vacation |
| Graham | Jailan | | 12-18-24 | Jailan Graham 160885 |
| Herman | Maxim | | | FMLA |
| Hernandez | Agustin | | 12/14/24 | A. Hernandez 63551 |
| Hernandez | Martha | | 12/14/24 | Martha Hernandez 161189 |
| Hyppolite | Maxime | | 12/14/24 | 160461 |
| Johnson | Jumall | | 12-14-24 | Jumall Johnson |
| Murillo | Christian | | 12/14/24 | |
| Waller | Beverly | | 12-14-24 | |
| Wilson | Erick | | 12-14-24 | Erick Wilson |
| Santos | Luis | | 12-14-24 | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds (CorreTrak)

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team C |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Dipasquale | Austin | ▉ | 12-13-24 | |
| Witt | Troy | ▉ | 12/13/24 | |
| Smith | Corey | ▉ | 12-13-24 | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002   ★   (346) 286-1600   ★   www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds  *Admin*

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team D |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Bernard | Miesha | ■ | 12/22/2024 | |
| Webb | Jose | ■ | 12/22/2024 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

## Roll Call Acknowlededment for: Inmate Observation 2nd Floor

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Anike | Paulinus | ▮ | | 12-4-24 return 25th Vacation |
| Arredondo | Joshua | ▮ | 12/12/24 | |
| Burmi | Aradhana | ▮ | 12/12/2024 | Aradhana Burmi |
| Carranza | Adrian | ▮ | 12/12/2024 | |
| Chambers | Asia | ▮ | 12/20/24 | A. Chambers |
| Coulibaly | Allassane | ▮ | | WORKER'S COMP/ DEC 8, 2024 |
| Folie | Carlos | ▮ | 12/16/24 | C. Folie |
| Francis | Ashlee | ▮ | 12/12/24 | A. Francis |
| Goffney | Shametria | ▮ | 12/12/24 | |
| Hill | Rickey | ▮ | 12/12/24 | Rick Hill |
| Jones | Christopher | ▮ | 12/12/24 | |
| Kenmoe | Odile | ▮ | 12/12/24 | OKenmoe |
| Lopez | Miguel | ▮ | 12/12/24 | M. LOPEZ |
| Massey | Keri | ▮ | 12/16/24 | K. Massey |
| Munoz | Albert | ▮ | 12/13/24 | |
| Pineda | Jesse | ▮ | 12/16/24 | |
| Zaher | Marwan | ▮ | 12/12/2024 | |
| Zambou Wamba | Georges | ▮ | 12/17/24 | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowlededment for: Inmate Observation 2nd Floor

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team D |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Byrd | James | ▇▇▇ | | James Byrd |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW  WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002    ★    (346) 286-1600    ★    www.sheriff.hctx.net

## ROLL CALL INMATE OBSERVATION ROUNDS: 3RD FLOOR

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Ademola | Samuel | ███ | 12/11/24 | |
| Adetunji | Jide | ███ | 12/11/24 | |
| Araiza | Joseph | ███ | 12/11/24 | |
| Aransiola | Joseph | ███ | 12/11/24 | |
| Bansaah | Mantaah | ███ | 12/11/24 | |
| Bob | Myles | ███ | 12/11/24 | |
| Cao | Danny | ███ | 12/12/24 | |
| Crawford | Victoria | ███ | 12-12-24 | |
| Jeukeng | Sylvain | ███ | 12-12-24 | |
| Kitagawa | Gary | ███ | 12.12.24 | |
| Kromah | Jebbel | ███ | 12/12/24 | |
| Lawal | Destiny | ███ | 12/12/24 | |
| Pantoja | Randy | ███ | 12/12/24 | |
| Sayles | Kyeshia | ███ | 12/12/24 | K Sayh |
| Smith | Bill | ███ | | PPL |
| Stevens | Tonesia | ███ | 12/12/24 | J. Stevens |
| Tchambou Morthe | Joyce | ███ | MLOA | |
| Mathews | Kent | ███ | 12/11/24 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**H A R R I S   C O U N T Y**
# HC SO
**S H E R I F F ' S   O F F I C E**

# SHERIFF ED GONZALEZ
1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: INMATE OBSERVATION ROUNDS 4th Floor

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team D |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| FAHIE | AKOSUA | ███ | 12.12 | |
| FORD | WILLIE | ███ | 12/12 | |
| GRANT | KAREN | ███ | 12.12 | |
| GRIFFIN | ANITRA | ███ | 12/12 | |
| HALKOSKI | STEPHANIE | ███ | 12-12 | S5741 |
| HUBBARD | YUL | ███ | 12-12 | |
| JACKSON SHERMAN | ANIYAH | ███ | 12.12 | |
| JOHNSON | DIANE | ███ | 12-12-24 | Diane Johnson |
| LOPEZ | JORGE | ███ | 12/12 | |
| LOPEZ | MANUEL | ███ | 12/12 | |
| ONUOHA | JIKUME | ███ | 12/12 | |
| WOUNGLY | JOE | ███ | 12/12 | |
| ALLEN | CASSANDRA | ███ | 121212 | Sgt. C. Allen |
| CANO | CHRISTOPHER | ███ | 131243 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY
# HCSO
# SHERIFF'S OFFICE

# SHERIFF ED GONZALEZ
1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

## Roll Call Acknowledement for: Inmate Observation 4th Floor

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team D |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Lawson | Demetrias | █████ | 12/22/24 | *(signature)* |
| Holmes | Jasmine | | 12/22/24 | *(signature)* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation 5ᵗʰ Floor

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team D |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Hayes | Samuel | ██ | 12/22/24 | |
| Howard | Dayonna | ██ | 12/22/24 | DHoward |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY HCSO SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowlededment for: Inmate Observation Rounds   5th Floor

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team D |

| LAST NAME | FIRST NAME | FIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Aikomo | Lawrence | | 12/11/24 | |
| Boldin | Kajuanjana | | 12/11/24 | |
| Bowles | Kevin | | 12/11/24 | |
| Brown | Kalynne | | 12/11/4 | |
| Gonzales | Brenden | | 12/11/24 | |
| Mallory | Marita | | 12/11/24 | M. Mall |
| Morales | Edward | | 12/11/24 | Eodn enn |
| Pena | Benito | | 11DEC24 | B. Pена |
| Rhodes | Michael | | 12/12/24 | |
| Sanchez | Jonathan | | 12/11/24 | |
| Sheridan | Juaneeka | | 12.11.24 | Juaneeka Sperdn |
| Sykes | Nikko | | 12/11/24 | N Sykes |
| Ta | Steven | | 12/20/24 | S. TA |
| Terpening | Christopher | | 11 Dec 24 | C. Terpening |
| Williams | Kadija | | 12/11/24 | WRob. |
| Williams | Jeleel | | | COMP OUT |
| Wonlue | Zoegbay | | 11/12/2024 | Wonlue |
| Foster | Damon | | 12/11/24 | Damn Foster #223 |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

HARRIS COUNTY HCSO SHERIFF'S OFFICE
1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation 6th Floor

| Month | Year | Location | Team |
|-------|------|----------|------|
| December | 2024 | 701 Housing | Team D |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|-----------|------------|-----|------|-----------|
| Havrvey-Dotson | Desma | ■ | 10-22-24 | |
| Hunter | Alan | | 12/22/24 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**HARRIS COUNTY**
**HCSO**
**SHERIFF'S OFFICE**

# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: *Inmate Observation Rounds 6th Floor* Click or tap here to enter text.

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | 701 Housing | Team D |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Adepoju | Semiu | ▓ | 12/17/24 | *Adepoju* |
| Cooper | LaPonya | ▓ | 12/17/24 | *LaPonya Cooper* |
| David | Zayne | ▓ | 12/17/24 | |
| Davis | Kenneth | ▓ | 12/17/24 | *Kenneth* |
| Davis | Tomeika | ▓ | 12/17/24 | |
| Gray | Nicole | ▓ | 12/17/24 | |
| Gutierrez | Omar | ▓ | 12-21-24 | |
| Hernandez | Armando | ▓ | 12/17/24 | |
| Joseph | Clarence | ▓ | 12/17/24 | *Joseph* |
| Liburd | Dillan | ▓ | 12/17/24 | |
| Nguyen | Jonathon | ▓ | 12/21/24 | |
| Akeredolu | Mutiat | ▓ | 12/17/24 | |
| Grissom | Antonio | ▓ | 12-21-24 | |
| Santamaria | Rachel | ▓ | 12/17/24 | *Rachel Santamaria* |
| Anosike | Michael | ▓ | | VACATION 12/13/24 - 12/25/24 Sgt QScott #2: |
| Scott | Quincton | ▓ | 12/17/24 | |
| Olaseni | Akeem | ▓ | 12/17/24 | *Olaseni* |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY
## HC●SO
### SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ
1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | Women's Empowerment Center | Team A |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Coleman | Tammy | ███ | 12/19/2024 | _(signature)_ 27201 |
| Fierros | Delia | ███ | | On Vacation |
| Jones | Kayelyn | ███ | 12/19/24 | Kayelyn Jones |
| Sustaita | Karina | ███ | 12/19/24 | K. Sustaita |
| Trevino | Karina | ███ | 12/19/24 | K. Trevino |
| Trejo | Jennifer | ███ | 12/19/24 | _(signature)_ |
| Jones | K | ███ | 12/19/24 | K. Jones |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | Women's Empowerment Center | Team B |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Hutchings | Michelle | ███ | 12/11/24 | D.Sg. Michelle Hutchings |
| Ayala Bejar | Jessica | ███ | 12/11/24 | J. Ayala |
| Cardoso | Estefani | ███ | 12/17/24 | E. Cardoso |
| Darjean | Esmeralda | ███ | 12/11/24 | E. Dayn |
| Franco | Paulita | ███ | 12/11/24 | P. Franco |
| Payne | Kristi | ███ | 12/11/24 | K Payne |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY

## SHERIFF ED GONZALEZ

SHERIFF'S OFFICE   1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

Roll Call Acknowlededment for: Inmate Observation Rounds

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | Women's Empowerment Center | Team C |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Merkel | Bernadette | ▉ | 12/13/24 | B. Merkel #165 |
| Ambriz | Celestina | ▉ | 12/13/24 | |
| Castille | Millie | ▉ | 12/13/24 | |
| Ford | Alycia | ▉ | 12/29/24 | A. Forde |
| Hernandez | Arlen | ▉ | 12/29/24 | A. hernandez |
| Johnson | Krista | ▉ | 12/13/24 | |
| Langrum | Patricia | ▉ | 12/13/24 | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



# HARRIS COUNTY HCSO SHERIFF'S OFFICE

## SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002 ★ (346) 286-1600 ★ www.sheriff.hctx.net

Roll Call Acknowledement for: Inmate Observation Rounds

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | Women's Empowerment Center | Team D |

| LAST NAME | FIRST NAME | FIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Alvares | Traneka | ███ | 12/12/24 | Traneka Alvares 134188 |
| Benitez | Diana | ███ | 12-13-24 | D. Benitz 159296. |
| Brown | Deandra | ███ | 12-12-24 | Brown 142297 |
| Gonzales | Jessica | ███ | 12/12/24 | 167472 |
| Hooker La Vigne | Jalynne | ███ | 12/12/24 | Jaymie 166742 |
| Beliard | Dianna | ███ | 12/16/24 | DBeliard 165080 |
| Reece | Atondria | ███ | 12/16/24 | Atondria Reece 131833 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."



**HARRIS COUNTY**
**HCSO**
**SHERIFF'S OFFICE**

# SHERIFF ED GONZALEZ

1200 Baker Street, Houston, Texas 77002  ★  (346) 286-1600  ★  www.sheriff.hctx.net

## Roll Call Acknowledement for: Inmate Observation Rounds

| Month | Year | Location | Team |
|---|---|---|---|
| December | 2024 | Women's Empowerment Center | First Shift |

| LAST NAME | FIRST NAME | EIN | DATE | SIGNATURE |
|---|---|---|---|---|
| Barajas | Melissa | ███ | 12/11/24 | *(signature)* |
| Gutierrez | Christina | ███ | 12/11/24 | *(signature)* |
| Walker | Erinesha | ███ | 12/11/24 | *(signature)* |
| Edmonson | Sosha | ███ | 12/11/24 | *(signature)* |
| Baltazar | Esmeralda | ███ | 12/11/24 | E. Brutt *(signature)* |
| Covington | Thearon | ███ | 12/11/24 | *(signature)* |
| Loftin | Kenneth | ███ | | On Funeral leave (Mother) |
| Rhen | Ellysa | ███ | 12/11/2024 | *(signature)* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

"TO ENHANCE THE SAFETY AND PROTECT THE TRUST OF THE CITIZENS
OF HARRIS COUNTY BY ENFORCING THE LAW WITH INTEGRITY AND PROFESSIONALISM."

# TEXAS COMMISSION ON JAIL STANDARDS



**EXECUTIVE DIRECTOR**
**Brandon S. Wood**

**P.O. Box 12985**
**Austin, Texas 78711**
**Voice: (512) 463-5505**
**Fax: (512) 463-3185**
**Agency Website: http://www.tcjs.state.tx.us**
**E-mail Address: info@tcjs.state.tx.us**

January 14, 2025

The Honorable Lina Hidalgo
Harris County Judge
1001 Preston, Ste. 911
Houston, TX 77002-1817

and

Sheriff Ed Gonzalez
Harris County Sheriff
1200 Baker Street
Houston, TX 77002

Dear Judge Hidalgo and Sheriff Gonzalez,

Pursuant to the provisions of V.T.C.A. Government Code, Section 511.011 and Title 37, Texas Administrative Code (Chapter 297, Section 5, Texas Minimum Jail Standards), you are hereby notified that the jail in your county fails to comply with minimum standards established under V.T.C.A. Local Government Code, Chapter 351, and the rules of this Commission, and that appropriate corrective measures must be initiated. A reasonable completion date for corrective measures should be set. Failure to initiate appropriate corrective action may cause a remedial order to be issued and enforced, or other appropriate action taken. ***In accordance with Chapter 297, Section 6, Texas Minimum Jail Standards, please notify this agency in writing within thirty (30) days of receipt of this notice as to actions initiated.***

The attached page(s) indicate minimum standards violated, corrective measures required, and date by which corrective measures must be initiated. Please reference the Inspection Requirements Review and Jail Inspection Report issued on January 13, 2025, detailing the specific issues that resulted in the issuance of this notice of non-compliance.

Issued this 13th day of January 2025
Texas Commission on Jail Standards

By _____
Brandon S. Wood, Executive Director

BW/cw

---

| Judge Bill Stoudt, Longview, Chair | Sheriff Kelly Rowe, Lubbock | Commissioner Ben Perry, Waco |
|---|---|---|
| Dr. Esmaeil Porsa, M.D., Parker, Vice-Chair | | Duane Lock, Southlake |
| Ross Reyes, Melissa | Patricia M. Anthony, Garland | Monica McBride, Alpine |

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".
*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*



# Texas Commission on Jail Standards

Harris County Jail

Houston, TX

_____January 13, 2025_____
Date(s) of Inspection

SUBJECT:　　**Special Inspection Report**

State Law requires periodic inspections of county jail facilities (VTCA, Local Government Code, Chapter 351, VTCA, Government Code, Chapter 511; Chapter 297.8, Texas Commission on Jail Standards).

☑ The facility was inspected on the date(s) indicated above, and it was determined that deficiencies exist. You are urged: (1) to give these areas of noncompliance your serious and immediate consideration; and (2) to promptly initiate and complete appropriate corrective measures. The Commission is available to discuss or assist you with the appropriate corrective measures required.

Failure to initiate and complete corrective measures following receipt of the Notice of Noncompliance may result in the issuance of a Remedial Order (Chapter 297.8, et seq.).

☐ This facility was inspected on the date(s) indicated above. There were no deficiencies noted and upon review of this report by the Executive Director of the Texas Commission on Jail Standards, a certificate of Compliance may be issued per the requirements of VTCA, Chapter 511 and Texas Minimum Jail Standards.

Authenticated:　　　　　　　　　　　　　　　Inter-Office Use Only

**Wendy Wisneski, TCJS Inspector**

_wusneth_

| | |
|---|---|
| _awilliamson_ | 1/13/2025 |
| Received by: | Date |
| _Ricky Armstrong_ | 1/13/2025 |
| Reviewed by: | Date |

cc:　　**Judge**
　　　　**Sheriff**

Individuals and/or entities regulated by the Texas Commission on Jail Standards shall direct all complaints regarding the commission procedures and functions to the Executive Director at: P.O. Box 12985 Austin, Texas 78711 (512) 463-5505 Fax (512) 463-3185 or at our agency website at www.tcjs.state.tx.us .

**RECEIVED**
By Cathi Williamson at 12:01 pm, Jan 13, 2025

rev. 7/31/24

## TEXAS COMMISSION ON JAIL STANDARDS - INSPECTION REQUIREMENTS REVIEW

_uu snell_

**Wendy Wisneski, TCJS Inspector**

**Facility Name:    Harris County Jail**                                           **Date:        January 13, 2025**

| Chapter | Title | Comments |
|---------|-------|----------|
| 259 | New Construction | Not applicable. |
| 261 | Existing Construction | Not applicable. |
| 263 | Life Safety | Not applicable. |
| 265 | Admission | Not applicable. |
| 267 | Release | Not applicable. |
| 269 | Records/Procedures | Not applicable. |
| 271 | Classification | Not applicable. |
| 273 | Health Services | Not applicable. |
| 275 | Supervision | Deficiency noted. Technical assistance provided. After a custodial death, Harris County officials self-reported face-to-face observation of the inmate had not been conducted.  A review of video provided after a custodial death revealed that while rounds were conducted as mandated by minimum standards, face-to-face observations were not completed as required. Follow-up required - Jail Administration shall submit a corrective plan of action which includes some type of training for personnel regarding conducting proper face-to-face observation of inmates. Once the training is complete, a copy shall be sent to this inspector as well as to Inspector Garrett. |
| 277 | Personal Hygiene | Not applicable. |
| 279 | Sanitation | Not applicable. |
| 281 | Food Service | Not applicable. |
| 283.1 | Discipline | Not applicable. |
| 283.3 | Grievance | Not applicable. |
| 285 | Exercise | Not applicable. |
| 287 | Education/Library | Not applicable. |
| 289 | Work Assignments | Not applicable. |
| 291.1 | Telephone | Not applicable. |
| 291.2 | Correspondence | Not applicable. |
| 291.3 | Commissary | Not applicable. |
| 291.4 | Visitation | Not applicable. |
| 291.5 | Religious Practices | Not applicable. |
| xxx | Variances | Not applicable. |
| xxx | Remedial Orders | Not applicable. |
| xxx | Complaints | Not applicable. |
| xxx | CCQ | Not applicable. |

**RECEIVED**
_By Cathi Williamson at 12:01 pm, Jan 13, 2025_

rev. 7/31/24

## TEXAS COMMISSION ON JAIL STANDARDS
## JAIL INSPECTION REPORT

**Facility Name:** Harris County Jail

**Date:** January 13, 2025

*Wisneski*

**Wendy Wisneski, TCJS Inspector**

| Item | Section | Paragraph | Comments |
|------|---------|-----------|----------|
| 1 | 275 | .1 | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. There shall be a two-way voice communication capability between inmates and jailers, licensed peace officers, bailiffs, and designated staff at all times. Closed circuit television may be used, but not in lieu of the required personal observation. Electronic sensors or cameras capable of recording the required personal observations of inmates in high-risk cells or groups of cells shall be installed no later than August 31, 2020. |

**After a custodial death, Harris County officials self-reported face-to-face observations had not been conducted as required. A review of video provided revealed that while observation rounds were conducted within the timeframe mandated by minimum standards, face-to-face observations had not been completed as required.**

**RECEIVED**
*By Cathi Williamson at 12:01 pm, Jan 13, 2025*

rev. 7/31/24

# TEXAS COMMISSION ON JAIL STANDARDS
## Technical Assistance

**Facility Name:**    Harris County Jail                                                         **Date:**        **January 13, 2025**

*uu snek*

**Wendy Wisneski, TCJS Inspector**

| Item | Section | Paragraph | Comments |
|------|---------|-----------|----------|
| 1 | 275 | .1 | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. There shall be a two-way voice communication capability between inmates and jailers, licensed peace officers, bailiffs, and designated staff at all times. Closed circuit television may be used, but not in lieu of the required personal observation. Electronic sensors or cameras capable of recording the required personal observations of inmates in high-risk cells or groups of cells shall be installed no later than August 31, 2020. |
| | | | **After a custodial death, Harris County officials self-reported face-to-face observation of the inmate had not been conducted.  A review of video provided after a custodial death revealed that while rounds were conducted as mandated by minimum standards, face-to-face observations were not completed as required. Follow-up required - Jail Administration shall submit a corrective plan of action which includes some type of training for personnel regarding conducting proper face-to-face observation of inmates. Once the training is complete, a copy shall be sent to this inspector as well as to Inspector Garrett.** |

**RECEIVED**
*By Cathi Williamson at 12:01 pm, Jan 13, 2025*

1

rev. 7/31/24

# TEXAS COMMISSION ON JAIL STANDARDS



**EXECUTIVE DIRECTOR**
Brandon S. Wood

P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
http://www.tcjs.state.tx.us
info@tcjs.state.tx.us

## NOTICE OF NON-COMPLIANCE

## HARRIS COUNTY JAIL

### January 13, 2025

**Please reference the Inspection Requirements Review and Jail Inspection Report issued on January 13, 2025, detailing the specific issues that resulted in the issuance of this notice of non-compliance.**

| Minimum Standards Violated: | Corrective Measure Required | Date Corrective Action Must Be Completed |
|---|---|---|
| 275.1 | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. There shall be a two-way voice communication capability between inmates and jailers, licensed peace officers, bailiffs, and designated staff at all times. Closed circuit television may be used, but not in lieu of the required personal observation. Electronic sensors or cameras capable of recording the required personal observations of inmates in high-risk cells or groups of cells shall be installed no later than August 31, 2020. **After a custodial death, Harris County officials self-reported face-to-face observations had not been conducted as required. A review of video provided revealed that while observation rounds were conducted within the timeframe mandated by minimum standards, face-to-face observations had not been completed as required.** | **Upon receipt of this notice.** |

---

Judge Bill Stoudt, Longview, Chair
Dr. Esmaeil Porsa, M.D., Parker, Vice-Chair
Ross Reyes, Melissa

Sheriff Kelly Rowe, Lubbock

Patricia M. Anthony, Garland

Commissioner Ben Perry, Waco
Duane Lock, Southlake
Monica McBride, Alpine

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".
*To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas*