**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CITTERANCE McGREGOR, AS PERSONAL REPRESENTATIVE AND ADMINISTRATOR OF KRISTOPHER McGREGOR, DECEASED, AND ON HER OWN BEHALF,** | § § § § § § | |
| | § | **CIVIL ACTION NO. 4:26-cv-00685** |
| *Plaintiffs,* | § § | **JURY DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| **HARRIS COUNTY, TEXAS; ED GONZALEZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; NAOMI LOCKETT, IN HER INDIVIDUAL AND OFFICIAL CAPACITIES,** | § § § § § § | |
| | § | |
| *Defendants.* | | |

## ORDER GRANTING DEFENDANT SHERIFF ED GONZALEZ AND HARRIS COUNTY'S MOTION TO DISMISS & FOR STAY

On this day came onto be considered Defendants Sheriff Ed Gonzalez and Harris County's Motion to Dismiss Plaintiff's Original Complaint and For Stay. The Court, having considered the motion, Plaintiff's response, and the records of this case, finds that such motion should be GRANTED.

IT IS THEREFORE,ORDERED, ADJUDGED AND DECREED that the motion is granted.

IT IS THEREFORE,ORDERED, ADJUDGED AND DECREED that all discovery is stayed pending resolution of all pending motions to dismiss based on qualified immunity.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all claims against Sheriff Ed Gonzalez and Harris County are dismissed with prejudice.

_____
United States District Judge