# UNITED STATES DISTRICT COURT

for the
Southern District of Texas, Houston Division

| | |
|---|---|
| **Citterece McGregor, as personal representative and administrator of Kristopher McGregor, deceased, and on her own behalf,** | ) <br> ) <br> ) <br> ) |
| *Plaintiff* | ) |
| v. | ) <br> ) |
| **Harris County, Texas; Ed Gonzalez; Naomi Lockett** | ) <br> ) <br> ) |
| *Defendant* | |

Civil Action No. 4:26-cv-00685

## AFFIDAVIT OF SERVICE

I, Gabriel Hasbun, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 19, 2026, at 8:27 pm. I delivered these documents to Naomi Lockett in Harris County, TX on February 20, 2026 at 1:49 pm at 17350 State Highway 249, Ste 220, Houston, TX 77064-1132 by personal service by handing the following documents to an individual identified as Naomi Lockett.

SUMMONS IN A CIVIL ACTION
COMPLAINT
CIVIL COVER SHEET

Race: White, Sex: Female, Est. Age: 65+, Hair: Gray, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.9570333333,-95.5416116667
Photograph: See Exhibit 1

Total Cost: $97.50

My name is Gabriel Hasbun, I am 18 years of age or older, and my address is 5115 Girnigoe Dr, Houston, TX 77084, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Gabriel Hasbun*

Executed in

Harris County                          ,

TX        on    2/20/2026            .

Gabriel Hasbun
+1 (832) 477-4138
Certification Number: PSC-20578
Expiration Date: 12/31/2026

Exhibit 1a)





Exhibit 1b)