United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Citterece McGregor,<br><br>    Plaintiff,<br><br>v.<br><br>Harris County, *et al.*,<br><br>    Defendants. | Case No. 4:26-cv-00685 |

**ORDER**

CONSIDERING THE FOREGOING "Plaintiff's Unopposed Motion for Extension of Time To Respond to Defendant's Motion To Dismiss" filed on behalf of Plaintiff:

The Motion is GRANTED as follows:

1. Plaintiff's deadline to respond to the motion to dismiss filed by defendants Harris County and Ed Gonzalez (ECF 22) is extended to April 20, 2026.

2. On or before that date, Plaintiff shall file a status report advising the Court as to the status of service of defendant Dr. Naomi Lockett, as well as a proposed agreed briefing schedule for dismissal motions.

It is so ORDERED.

Date: 4/1/2026

_____
Judge Keith P Ellison