United States District Court
Southern District of Texas
**ENTERED**
April 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CITTERECE MCGREGOR,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:26-CV-0685** |
| | § | |
| **HARRIS COUNTY, et al.,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Pending before the Court is Plaintiff's Status Report and Noticed of Proposed Agreed Schedule. ECF No. 30. The Court **GRANTS** Plaintiff until May 29, 2026, to file an amended complaint. Plaintiff must file a motion regarding her request to take discovery and indicate if that motion in unopposed.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this 21st day of April, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE