UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Citterece McGregor *et al.*, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 4:26-CV-0685** |
| HARRIS COUNTY, et al.**,** | § | |
| | § | |
| Defendants. | § | |

**AMENDED SCHEDULING/DOCKET CONTROL ORDER**

Anticipated Length of Trial: _10_ Days                           Jury: X Non-Jury:__

1. (a)    NEW PARTIES shall be joined by:                     10/1/2026_____
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.
   (b)    **AMENDMENT TO PLEADINGS** by Plaintiff or
   Counter-Plaintiff shall be filed by:                          10/1/2026_____
2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                       7/19/2027_____

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                       8/16/2027____

4. DISCOVERY must be completed by:                            6/21/2027___
   Written discovery requests are not timely if they are filed
   so close to this deadline that the recipient would not be
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS              9/20/2027___

(except motions *in limine*) will be filed by: (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*                11/29/2027__

7. TRIAL will begin at 9:00 a.m.                                12/6/2027__

(The Court sets a firm trial date)

_____          _____

Date                                     Keith P. Ellison

                                         United States District Judge

___5/5/2026_____      ___*Stephen H. Weil*_____

Date                                     Counsel for Plaintiff(s)

___5/5/2026_____      __*Frank Ford* [with consent]_____

Date                                     Counsel for Defendant(s)