**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CITTERECE McGREGOR, as personal representative and administrator of KRISTOPHER McGREGOR, deceased and on her behalf,** | § § § § § § | |
| *Plaintiff,* | § § § | **CIVIL ACTION NO. 4:26-cv-00685** <br> **JURY DEMANDED** |
| **v.** | § § | |
| **HARRIS COUNTY, TEXAS; ED GONZALEZ, in his individual and official capacities; NAOMI LOCKETT, in her individual and official capacities,** | § § § § § § § | |
| *Defendants.* | § | |

## AFFIDAVIT OF JAMIE LARD

BEFORE ME, the undersigned authority, personally appeared Jamie Lard who, after being by me duly sworn, stated as follows:

1.    My name is Jamie Lard.  I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in this affidavit.

2.    I am the Vice President of Human Resource Operations and Service Delivery for Harris County Hospital District d/b/a Harris Health ("Harris Health").  In that capacity, I serve as the custodian of Harris Health's personnel records.

3.    Due to my position and access to the information in Harris Health's personnel records, it is within my personal knowledge whether an individual was an employee of Harris Health at any given time.

4.      Based upon Harris Health's personnel records, Naomi Lockett M.D. has been employed as the Medical Director – Correctional Health for Harris Health from March 1, 2022 to the present.

_____
Jamie Lard

SUBSCRIBED AND SWORN TO BEFORE ME this the __8__ day of
____June_____, 2026.

**MARTA BOLINSKA**
6914468
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
DECEMBER 21, 2029

_____
NOTARY PUBLIC – STATE OF TEXAS

- 2 -