**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CITTERECE McGREGOR, AS PERSONAL REPRESENTATIVE AND ADMINISTRATOR OF KRISTOPHER McGREGOR, DECEASED, AND ON HER OWN BEHALF,** | § § § § § § § § | |
| *Plaintiffs,* | § § | **CIVIL ACTION NO. 4:26-cv-00685** |
| | § | **JURY DEMANDED** |
| **v.** | § § § | |
| **HARRIS COUNTY, TEXAS; ED GONZALEZ, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; NAOMI LOCKETT, IN HER INDIVIDUAL AND OFFICIAL CAPACITIES,** | § § § § § § § | |
| *Defendants.* | § § | |

## <u>ORDER OF DISMISSAL</u>

On this day, the Court considered Defendant Naomi Lockett's Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). After review of the pleadings, including any responses, the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE, ORDERED AND ADJUDGED that all of Plaintiff's claims against Naomi Lockett are dismissed with prejudice.

Signed this _____, 2026.

`

_____
United States District Judge