**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Citterece McGregor,<br><br>Plaintiff,<br><br>v.<br><br>Harris County, Texas, *et al.*,<br><br>Defendants. | Civil Action No. 4:26-cv-00685 |

**PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE RULE 12(b)(6) BRIEFING SCHEDULE**

Plaintiff, through their undersigned counsel, hereby moves the Court to issue an order consolidating the briefing schedule for the motion to dismiss filed by Defendants Paul Cormier and Lori Jefferson, ECF 57, with the consolidated scheduling order entered by the Court for the motions to dismiss filed by other defendants in this case, ECF 54.

Counsel for Plaintiff has consulted with counsel for Defendants Cormier and Jefferson, and is informed that neither defendant opposes this request.

In support of her motion Plaintiff states as follows:

1. This action arises from the case of a young mentally ill man who died after being confined in the Harris County jail for approximately one month in January 2025. Plaintiff's operative complaint, ECF 46, names as defendants three entities and multiple individuals involved in the custody and care of people detained at the jail. The entities have filed motions to dismiss the complaint pursuant to Rule 12(b)(6), as have a number of individuals.

2. On August 3, 2026, the appearing parties filed a joint motion to consolidate the briefing schedule on those motions. ECF 53. On August 5 the Court issued an order granted that motion. ECF 54. The Court's Order set the following briefing schedule:

a. By September 11, 2026, certain defendants were to respond (it is anticipated, with dismissal motions) to Plaintiff's operative complaint.

b. By October 9, Plaintiff is to respond to the motions to dismiss filed by the appearing defendants.

c. By October 23, replies in support of motions to dismiss are to be filed by the appearing defendants.

ECF 54 at 1-2.

3. On August 13, 2026, Defendants Cormier and Jefferson filed a combined motion to dismiss. ECF 57. Under the Local Rules 7.3 and 7.4, Plaintiff's response is due on September 3, 2026.

4. The allegations in Plaintiff's operative complaint involve claims about multiple entities and multiple individuals and their responsibility for addressing the needs of a mentally ill detainee like Kristopher McGregor, as well as overlapping issues of law with respect to those responsibilities. Considering motions to dismiss the same complaint together, rather than piecemeal, is also a more efficient means of adjudication. For these reasons and the reasons set out in the prior joint motion to consolidate, ECF 53, Plaintiff respectfully submits that there is good cause to consolidate the briefing schedule for the Rule 12(b)(6) motion filed by Defendants Cormier and Jefferson with the existing, consolidated Rule 12(b)(6) briefing schedule set out in the Court's Order, ECF 54.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order granting the following relief:

1. Plaintiff's September 3, 2026 response date to respond to the motion to dismiss filed by Defendants Cormier and Jefferson (ECF 57) is stricken;

2. Plaintiff is to file an omnibus response to all motions to dismiss, including ECF 57, on or before October 9, 2026;
3. Defendants Cormier and Jefferson are to file any reply in support of their motion to dismiss on or before October 23, 2026.

Dated: August 25, 2026

Respectfully submitted,

/s/ Stephen H. Weil

Stephen H. Weil*
Sam A. Harton*
Colton Johnson Taylor*
**ROMANUCCI & BLANDIN**
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-8592
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

Brittany Francis
**PEOPLES' COUNSEL**
1900 W. Gray Street,
P.O. Box 130442
Houston, TX 77219
(713) 487-9809
Texas Bar No. 24141616
SDTX Bar No: 3837908
brittany@peoplescounsel.org

*Counsel for Plaintiff*

* Admission pro hac vice

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), counsel for Plaintiff and counsel for Defendants Cormier and Jefferson have conferred with each other and have agreed to the foregoing relief.

/s/ Stephen H. Weil
*Counsel for Plaintiff*