**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Citterece McGregor,<br><br>Plaintiff,<br><br>v.<br><br>Harris County, Texas, et al.,<br><br>Defendants | Civil Action No. 4:26-cv-00685 |

**[PROPOSED] ORDER**

Before the Court is Plaintiff's unopposed motion to consolidate the briefing schedule for the motion to dismiss Plaintiff's Second Amended Complaint, filed by Defendants Cormier and Jefferson, ECF 57, with the existing, consolidated briefing schedule ordered by the Court, ECF 54. Upon consideration, the motion is GRANTED.

The Court orders as follows:

1. Plaintiff's September 3, 2026 deadline to respond to the motion to dismiss filed by Defendants Cormier and Jefferson (ECF 57) is stricken;

2. Plaintiff is to file an omnibus response to all motions to dismiss, including ECF 57, on or before October 9, 2026;

3. Defendants Cormier and Jefferson are to file any reply in support of their motion to dismiss on or before October 23, 2026.

It is so ORDERED.

Date: ______________________

______________________________
Hon. Keith P. Ellison
United States District Judge