**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Citterece McGregor,<br><br>Plaintiff,<br><br>v.<br><br>Harris County, Texas, *et al.*,<br><br>Defendants. | Civil Action No. 4:26-cv-00685 |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE REMAINING DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff, through her undersigned counsel, submits this motion for an extension of time to serve two remaining defendants in this action: Laxman Sunder and Ethan Sowell. The deadline for serving both these defendants is August 27, 2026. In this motion, Plaintiff requests a 45-day extension to effectuate service.

Counsel for Plaintiff has consulted with counsel for the appearing defendants, who have informed Plaintiff that they do not oppose this request.

In support of her motion Plaintiff states as follows:

1. This action arises from the case of a young mentally ill man who died after being confined in the Harris County jail for approximately one month in January 2025. Plaintiff's operative complaint, ECF 46, names as defendants three entities and sixteen individuals involved in the custody and care of people detained at the jail.

2. To effectuate service on these defendants, Plaintiff counsel has either worked with defense counsel to obtain waivers of service where possible, and for the remaining defendants Plaintiff has used "skip-trace" locators and process servers to effect service.

3. As of this filing, two defendants—Sunder and Sowell—remain to be served.

4. Potential addresses for both defendants have been located, and as set forth in the service reports appended to the Affidavit of Stephen H. Weil, attached hereto as **Ex. 1**, process servers have made multiple attempts to effect service, including seven different attempts for Laxman Sunter and multiple attempts at different addresses for Ethan Sowell. Those attempts, as the reports indicate, have not been successful so far.

5. In light of the foregoing, Plaintiff respectfully requests a 45-day extension, to October 12, 2026, to effectuate service on both defendants. Plaintiff is hopeful that service will not take that long, but given the unsuccessful attempts thus far Plaintiff anticipates needing to resort to alternate methods, which may take time.

6. In light of the foregoing, Plaintiff respectfully submits that there is good cause for a 45-day extension to serve the two remaining defendants.

7. Pursuant to Local Rule 7.2 a proposed order is attached to this motion as **Ex. 2**.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending the Rule 4(m) deadline for serving Laxman Sunder and Ethan Sowell from August 27, 2026 to October 12, 2026.

Dated: August 27, 2026

Respectfully submitted,

/s/ Stephen H. Weil

Stephen H. Weil*
Sam A. Harton*
Colton Johnson Taylor*
**ROMANUCCI & BLANDIN**
321 N. Clark Street, Suite 900
Chicago, IL 60654
312-253-8592
sweil@rblaw.net
sharton@rblaw.net
cjohnson@rblaw.net

Brittany Francis
**PEOPLES' COUNSEL**
1900 W. Gray Street,
P.O. Box 130442
Houston, TX 77219
(713) 487-9809
Texas Bar No. 24141616
SDTX Bar No: 3837908
brittany@peoplescounsel.org

*Counsel for Plaintiff*

* Admission pro hac vice

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), counsel for Plaintiff and counsel for Defendants have conferred; Defendants do not oppose the foregoing relief.

/s/ Stephen H. Weil
*Counsel for Plaintiff*