United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Citterece McGregor,

Plaintiff,

v.

Harris County, Texas, et al.,

Defendants.

Civil Action No. 4:26-cv-00685

**ORDER**

Before the Court is Plaintiff's unopposed motion, pursuant to Federal Rule of Civil Procedure 4(m), to extend the deadline to effectuate service on defendants Laxman Sunder and Ethan Sowell. Upon consideration and for good cause shown, the motion is **GRANTED**.

Pursuant to Federal Rule of Civil Procedure Rule 4(m), the Court orders that the deadline for serving Laxman Sunder and Ethan Sowell is extended until January 4, 2027.

It is so **ORDERED.**

Date: November 24, 2026

Hon. Keith P. Ellison
United States District Judge